AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DENISE LYNN TAYLOR**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about     **JUNE 26, 2006**     in    **WASHINGTON**    county, in the _____ District of    **COLUMBIA**    defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title    **21**    United States Code, Section(s)    **841(a)(1)**    .

I further state that I am    **DETECTIVE DAVID DESSIN**   , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**     ☒ Yes    ☐ No

_____
Signature of Complainant
**DETECTIVE DAVID DESSIN**
**NARCOTICS SPECIAL INVESTIGATION DIVISION,  MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                                City and State

_____           _____
Name & Title of Judicial Officer                                        Signature of Judicial Officer