## STATEMENT OF FACTS

On Tuesday, June 26, 2006, at approximately 6:21 p.m. an undercover officer with the Metropolitan Police Department's Narcotics Special Investigation Division purchased approximately 51.6 grams of suspected crack cocaine from the defendant, Denise Taylor at 9th and Kennedy Street, N.W., Washington, D.C. In exchange for the crack cocaine, the undercover officer gave the defendant approximately $2,000.00 in pre-recorded MPDC funds. The undercover police officer had sought to purchase 62 grams of crack cocaine from the defendant she was videotaped taking approximately 10 grams of crack cocaine and placing it in a separate foil package and placed it in her purse, which resulted in the police recovering 51.6 grams instead of 62 grams of crack cocaine. A portion of the suspected crack cocaine field tested positive for cocaine.

On July 11, 2006, the undercover officer placed a call to the defendant for the purpose of purchasing 62 grams of crack cocaine. The defendant agreed to sell the crack cocaine to the undercover officer for $2,000.00. When the defendant arrived at the pre-arranged location and the undercover officer gave the defendant $2,000.00 in pre-recorded MPDC funds. A short time later, officers placed the defendant under arrest. Recovered from the defendant was $1,800.00 of the pre-recorded MPDC funds. Defendant Taylor was advised of her Miranda Rights and provided a full confession to the events.

_____
DETECTIVE DAVID DESSIN
NARCOTICS SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JULY, 2006.

_____
U.S. MAGISTRATE JUDGE